IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT E. PHILLIPS, # 0083516,**<br>    Petitioner, | )<br>)<br>) |
| v. | )   CIVIL ACTION NO. 13-00039-KD-C<br>) |
| **SAM COCHRAN,**<br>    Respondent. | )<br>)<br>) |

**ORDER**

After due and proper consideration of all issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 13) made under 28 U.S.C. § 636(b)(1)(B) and dated August 14, 2013, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner's habeas corpus petition (Doc. 1), filed pursuant to 28 U.S.C. § 2241, be **DISMISSED WITHOUT PREJUDICE** due to his failure to exhaust all available state court remedies. Petitioner is not entitled to a certificate of appealability, and he is not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the **20th** day of **September 2013**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**